IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH BORDERS, on behalf of herself and others similarly situated,** | ) ) ) | Case No. 2:20-cv-1273 |
| Plaintiff, | ) ) ) | Judge Algenon L. Marbley |
| vs. | ) ) ) | Magistrate Judge Kimberly A. Jolson |
| **ALTERNATE SOLUTIONS HEALTH NETWORK, LLC,** | ) ) ) ) | |
| Defendant. | ) | |

### JOINT MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT AND PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT

Plaintiff Elizabeth Borders ("Plaintiff") on behalf of herself and others similarly situated (the "Class Members") and Defendant Alternate Solutions Health Network, LLC ("Defendant") hereby respectfully request that this Honorable Court:

1. Give final approval of the Parties' settlement of the collective claims brought by the Class Members pursuant to the Fair Labor Standards Act ("FLSA") as reflected in the Settlement Agreement, attached hereto as **Exhibit 1**,

2. Give preliminary approval of the Parties' settlement of the class action claims brought by the Class Members pursuant to Fed. R. Civ. P. 23(e), and approve the distribution to Class Members of the Notice of Proposed Settlement of Class Action and Fairness Hearing ("Settlement Notice"), attached hereto as **Exhibit 2**;

3. Designate Hans A. Nilges, Jeffrey J. Moyle, and Shannon M. Draher of Nilges Draher LLC as Class Counsel, and preliminarily approve their request for attorneys' fees and costs; and

4. Preliminarily Approve the service payment for Plaintiff Elizabeth Borders;

In support of this motion, Plaintiff and Defendant submit the Settlement Agreement and its exhibits and Declaration of Jeffrey J. Moyle (attached as **Exhibit 3**). The following schedule sets forth a proposed sequence for the Settlement:

11976381.1

> Seven (7) days after Preliminary Approval of the Class Action Settlement: Defendant's Counsel will provide the Settlement Administrator a spreadsheet containing the names, last known addresses, Social Security Numbers, and dates of employment of the Class Members;
>
> Fourteen (14) days after Preliminary Approval of the Class Action Settlement: the Settlement Administrator will mail the Settlement Notice to the Class Members;
>
> Forty-five (45) days after mailing of the Settlement Notice: Last day for Class Members to "opt-out" of the Settlement and submit written objections to the Settlement.;
>
> Sixty (60) days after mailing of the Settlement Notice: The Parties will file a Joint Motion for Final Approval of the Settlement, which shall include a Declaration verifying that the Settlement Notice was distributed, a proposed estimated schedule of settlement payments, and proposed Final Order and Judgment Entry;
>
> Approximately ninety (90) days after preliminary approval is granted: Fairness Hearing;
>
> Thirty-One (31) days after the Court's Final Order and Judgment Entry: Effective Date of the Settlement Agreement;
>
> Ten (10) days after the Effective Date: Settlement Administrator will mail the settlement payments to the Class Members who do not opt-out of the Class Action settlement, the Service Award to Plaintiff, and the attorneys' fees and reimbursement of litigation expenses to Plaintiff's Counsel, as outlined in the Settlement Agreement.

As explained in the attached Memorandum in Support, the Settlement Agreement was reached during arms-length negotiations between the Parties, with the assistance of Mediator Michael Ungar, which were conducted by experienced counsel following substantial investigation, exchange of wage and hour data, and on the basis of mutual recognition of the strengths and weaknesses of each other's positions and the risks to each side of continued litigation.

11976381.1

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey J. Moyle* | */s/ Kara D. Williams (with permission)* |
| Jeffrey J. Moyle (0084854) | Kara D. Williams (0084245) |
| NILGES DRAHER LLC | Steven E. Seasly (0070536) |
| 614 West Superior Ave., Ste. 1148 | HAHN LOESER + PARKS LLP |
| Cleveland, OH 44113 | 200 Public Square, Suite 2800 |
| Phone: (216) 230-2955 | Cleveland, Ohio 44114-2316 |
| Email: jmoyle@ohlaborlaw.com | Phone: 216.621.0150 |
| | Email: kwilliams@hahnlaw.com |
| Hans A. Nilges (0076017) | Email: sseasly@hahnlaw.com |
| Shannon M. Draher (0074304) | |
| 7266 Portage Street, N.W., Suite D | *Counsel for Defendant* |
| Massillon, OH 44646 | |
| Phone: (330) 470-4428 | |
| Email: hans@ohlaborlaw.com | |
| Email: sdraher@ohlaborlaw.com | |
| | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jeffrey J. Moyle
Jeffrey J. Moyle

*One of the Attorneys for Plaintiff*

11976381.1